**Ramon Antonio KENAN, Petitioner–Appellant,**

v.

**Warden, Joyce FRANCIS, Respondent–Appellee,**

and

**Bureau of Prisons; FCI, Gilmer; Bureau of Prisons Director; Warden; Sherwood, CMC, Mrs.; Arnold, Captain; McAdams, Unit Manager; O'Dell, Case Manager, Respondents.**

No. 06–7215.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 31, 2006.

Decided: Nov. 7, 2006.

Ramon Antonio Kenan, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before WILLIAMS, MICHAEL, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Ramon Antonio Kenan seeks to appeal the report and recommendation of the magistrate judge entered June 13, 2006. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Kenan seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*